COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:     01-20-00067-CV

Trial Court Cause
Number:     D-1-GN-19-003751

Style:     Kim Coogan

v.  Office of the Attorney General

Date motion filed*:     December 4, 2020

Type of motion:     Motion to Withdraw

Party filing motion:     Adam Arthur Biggs

Document to be filed:     N/A

Is appeal accelerated? ☐ YES     ☒ NO

Ordered that motion is:

☒     Granted

Judge's signature: /s/ Sarah Beth Landau
    ☒ Acting individually     ☐ Acting for the Court

Panel consists of Justices Keyes, Lloyd, and Landau

Date: December 10, 2020